# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br><br>   v.<br><br>FRESNO DISTRIBUTING CO., et al.,<br><br>        Defendants. | Case No. 1:17-cv-00341-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 16)<br><br>JULY 27, 2017 DEADLINE |

On June 27, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before July 27, 2017.

IT IS SO ORDERED.

Dated: __**June 28, 2017**__

                                             UNITED STATES MAGISTRATE JUDGE